IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSEPH RYNCARZ, | 3:12-cv-1692-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| JEFF THOMAS, ISREAL JACQUEZ, BRYAN BIRKHOLZ, JASON RYAN, RONALD RICHTER, JASON HENDERSON, and ROBERT MCFADDEN, | |
| Defendants. | |

Based on the Court's Order (#50) issued August 15, 2013, the Court granted the Motion (#30) to Dismiss Defendants Thomas, Jacquez, Birkholz, and Ryan and **DISMISSED** Plaintiff's claim against these Defendants **with prejudice**. The Court also **DISMISSED with prejudice** *sua sponte* Plaintiff's claims against nonmoving Defendants McFadden, Henderson, and Richter for lack of standing and for failure to state a claim on which relief can be granted. The Court, therefore, **DISMISSES with prejudice** this matter in its entirety.

Dated this 15th day of August, 2013.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL